

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Eric Manuel Molina
a/k/a Eric Emmanuel Molina,

\* From the 350th District Court
  of Taylor County,
  Trial Court No. 16408-D.

Vs. No. 11-25-00218-CR

\* October 2, 2025

The State of Texas,

\* Memorandum Opinion by Williams, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has considered Eric Manuel Molina a/k/a Eric Emmanuel Molina's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.